FILED
CLERK, U.S. DISTRICT COURT
SEP 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 02-CR-1117-JSL |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| Sidney Eddie Chambers ) | Probation/Supervised Release |
| Defendant. ) | Conditions) |

On arrest warrant issued by the United States District Court for the _Central District of California_ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (X) the appearance of defendant as required; and/or

    B. (X) the safety of any person or the community.

///
///
///
///
///

1  2. The Court concludes:

2  A. (X) Defendant has failed to demonstrate by clear and
3       convincing evidence that he is not likely to pose
4       a risk to the safety of any other persons or the
5       community. Defendant poses a risk to the safety
6       of other persons or the community based on:
7       _CHARGES IN PETITION_
8       _PRIOR CRIMINAL CONVICTIONS_
9       _____
10      _____
11      _____

12 B. (X) Defendant has failed to demonstrate by clear and
13      convincing evidence that he is not likely to flee
14      if released. Defendant poses a flight risk based
15      on: _CHARGES IN PETITION._
16      _____
17      _____
18      _____
19      _____

20

21 IT IS ORDERED that defendant be detained.

22

23 DATED: _SEPT 26, 2008_

24

25                                    ~~HONORABLE JACQUELINE CHOOLJIAN~~
                                       United States Magistrate Judge
26                                     HON. JENNIFER T. LUM

27

28

2